**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| JENNIFER SMITH,     ) | |
| ) | |
| Plaintiff,     ) | |
| ) | |
| v.     ) | |
| ) | Case No.: 2:12-cv-238-WCL-PRC |
| EDGEWATER SYSTEMS FOR     ) | |
| BALANCED LIVING and     ) | |
| DANITA JOHNSON HUGHES,     ) | |
| ) | |
| Defendants.     ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate that the above-captioned action be dismissed with prejudice with each party to bear their own fees and costs.

WHEREFORE, the parties respectfully request this court to dismiss all claims in the above-captioned action and for all other relief just and proper in the premises.


Date: August 15, 2014        /s/ Jheremy Perkins
                                             Jheremy Perkins (#30800-53)
                                             Spangler, Jennings & Dougherty, P.C.
                                             8396 Mississippi Street
                                             Merrillville, IN  46410
                                             *Attorneys for Plaintiff*


Date: August 15, 2014        /s/ Michael G. Getty
                                             Michael G. Getty (#17150-49))
                                             Hunt Suedhoff Kalamaros LLP
                                             301 State Street, 2nd Floor – P.O. Box 46
                                             St. Joseph, MI  49085
                                             *Attorney for Defendants*